IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO BORJA, | ) | No. C 06-7669 JSW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | (Docket No. 3) |
| | ) | |
| JEANNE WOODFORD, DIRECTOR, et al, | ) | |
| | ) | |
| Defendants. | ) | |

On December 14, 2006, Plaintiff filed a *pro se* civil rights action in this Court. On that same day, the Clerk of Court sent a notification to Plaintiff informing him that he had neither paid the filing fee nor submitted an application for leave to proceed *in forma pauperis*. The Court provided a copy of the correct *in forma pauperis* application, along with a return envelope, and a notification that the case would be dismissed if Plaintiff failed to pay the fee or file the completed application within thirty days. On December 27, 2006, Plaintiff filed a motion seeking appointment of counsel (docket no. 3). However, in the motion, Plaintiff did not include the application to proceed *in forma pauperis* or any information regarding his failure to file it. More than thirty days have passed and Plaintiff has not responded to the Clerk's request. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee and the motion is DENIED as moot (docket no. 3). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: May 16, 2007

_____
JEFFREY S. WHITE
United States District Judge